**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Joseph R. Manning, Jr SBN #223381    Michael J Manning SBN 286879<br>MANNING LAW APC<br>20062 SW Birch St #200<br>Newport Beach, CA 92660<br>TELEPHONE NO.: 949-200-8755    FAX NO. (Optional): 866-843-8308<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Plaintiff James Rutherford an individual | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Diego
STREET ADDRESS: 221 W Broadway
MAILING ADDRESS: same
CITY AND ZIP CODE: San Diego, CA 92101
BRANCH NAME: Southern District of California

PLAINTIFF/PETITIONER: James Rutherford , an individual

DEFENDANT/RESPONDENT: Los Charros, a business of unknown form et al

CASE NUMBER: 3:19 cv 00379 LAB-WVG

Ref. No. or File No.:

## PROOF OF SERVICE OF SUMMONS

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [✓] summons
   b. [✓] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [✓] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [✓] other *(specify documents):* Notice of Inspection, Fisrt Amended Complaint

3. a. Party served *(specify name of party as shown on documents served):*
      EAST VALLEY PARKWAY MALL, LLC

   b. [✓] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
      REZVAN KESHMIRI / Agent for Service

4. Address where the party was served:
   915 E Valley Parkway, Escondido, California 92025

5. I served the party *(check proper box)*
   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):*    (2) at *(time):*
   b. [✓] **by substituted service.** On *(date):* 6/21/2019   at *(time):* 12:05 PM   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*
      Jane Doe- Los Charros  Owner or Manager on charge  She refused to provide her name. Latina female short brown hair, brown eyes, glasses 45-50 yrs old 120 lbs 5'4"
      (1) [✓] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) [✓] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date):* 6-24-19 from *(city):* Rouhno SANTA Margarita [ ] a declaration of mailing is attached.
      (5) [✓] I attach a declaration of diligence stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

| PLAINTIFF/PETITIONER: James Rutherford, an individual | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Los Charros, a business of unknown form et al | 3:19 cv 00379 LAB-WVG |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on (date):    (2) from (city):

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☑ On behalf of *(specify):* EAST VALLEY PARKWAY MALL, LLC
      under the following Code of Civil Procedure section:
      ☐ 416.10 (corporation)    ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)    ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association)    ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)    ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)    ☐ 415.46 (occupant)
                                 ☑ other: Corp code 17061 LLC

7. **Person who served papers**
   a. Name: Adriana M Achucarro
   b. Address: 2390 E Orangewood Ave #530, Anaheim, CA 92806
   c. Telephone number: 949-305-9108
   d. The fee for service was: $ 89.00
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☑ a registered California process server:
         (i) ☐ owner ☐ employee ☑ independent contractor.
         (ii) Registration No.: 2898
         (iii) County: Orange

8. ☑ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
      or
9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 6/24/2019

Adriana M Achucarro
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)     ▶      (SIGNATURE)

UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION- SAN DIEGO

James Rutherford, an individual

    PLAINTIFF(S)

vs

LOS CHARROS, a business of unknown form; et al

    DEFENDANT(S)

CASE NUMBER

3:19 cv 00379 LAB-WVG

DECLARATION OF DUE DILIGENCE

I served Summons, Complaint, Case Cover Sheet, Notice of Inspection First Amended Complaint

SUBSTITUTE SERVICE PERSUANT TO C.C.P. 415.20 (a) (b) EAST VALLEY PARKWAY MALL, LLC, a California limited liability company  /Rezvan Keshmiri- Agent for service

By leaving with a person at least 18 years of age  Left documents with Jane Doe- Los Charros's  Owner or Manager on charge  ( Latina female short brown hair, brown eyes, glasses 45-50 yrs old 120 lbs 5 4')

Date: 6/21/2019        Time: 12:05 PM

Address and City where served:    915 E Valley Parkway, Escondido, California 92025 ( business)

Address where service was also attempted : 3164 El Ku Ave, Escondido, Ca 92025 ( residence)

On 6/24/2019 mailed a copy from Rancho Santa Margarita CA to the above address by first class mail postage fully prepaid. The substitute service was made only after making the following attempts to serve the defendant(s) personally.

## CERTIFICATE OF REASONABLE DILIGENCE

ON THE FOLLOWING DATE AND TIMES, I FIRST ATTEMPTED TO MAKE A PERSONAL  SERVICE BUT WAS UNABLE FOR THE REASONS AS SHOWWS:

6/13/2019    :9:15 AM    Residence has cameras and gate. Gate locked./ no access gained

6/17/2019    1:00 PM    No answer

6/21/2019    11:50 AM: No car / No answer. So I went to Los Charros Restaurant directly from there and  left documents with Jane Doe- Los Charros's  Owner or Manager  on charge   She refused to provide her name.because she said last time she had problem with agent for received the documents.  ( Latina female short brown hair, brown eyes, glasses 45-50 yrs old 120 lbs 5 4')

Executed on 6/24/2019 at ANAHEIM, CA

SIGNATURE

Adriana M Achucarro / R.T.O.T. Inc.
PSC# 2898/ Orange COUNTY
2390 E ORANGEWOOD AVE #530. ANAHEIM, CA 92806
(949) 305-9108